THE STATE OF IOWA, Appellee, v. GEORGE KERN, Appellant.

Criminal Law : ASSAULT : APPEAL.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

THURSDAY, OCTOBER 23, 1890.

INDICTMENT for assault with intent to murder. The defendant was convicted on his plea of guilty of the crime of an assault with intent to inflict great bodily injury. From a judgment imposing a fine of

one hundred dollars, and costs, and that the defendant be imprisoned in the county jail for thirty days unless the fine be paid, the defendant appeals.

No appearance for either party.

GRANGER, J.—The only paper before us is a transcript of the proceedings below showing the indictment and proceedings upon which the conviction was had. The record discloses no error in the proceedings, and the judgment is AFFIRMED.